ELEANOR ROTENBURY, PLAINTIFF, v. JAMES HUNT, DEFENDANT.

Submitted January term, 1928—Decided June 21, 1928.

Before GUMMERE, CHIEF JUSTICE, and Justices BLACK and LLOYD.

For the plaintiff, *Patrick H. Harding.*

For the defendant, *Howard L. Miller.*

PER CURIAM.

The defendant obtained a rule to show cause why the verdict rendered in this case in favor of the plaintiff for $5,000 for personal injuries and against the defendant should not be set aside and a new trial granted.

We think none of the reasons alleged for a new trial are tenable. The rule to show cause is discharged, with costs.